**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant
 Lucille Jackson

**UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> v. : Case No. 10cr 797-1 (DMC) <br> : <br> LUCILLE JACKSON, : <br> : <br> Defendant. : | |

**ORDER MODIFYING THE CONDITIONS OF RELEASE**

      THIS MATTER having been brought to the Court on the application of defendant Lucille Jackson, by and through her counsel, McCarter & English, LLP, and having obtained the consent of Stacey A. Levine, Assistant United States Attorney for the District of New Jersey, for an Order modifying the terms and conditions of defendant's Release to vacate the judgment entered against defendant as a result of the execution of the $250,000 appearance bond and secure defendant's appearance upon entry of a $250,000 lien solely against defendant's property located at 6 Bradshaw Court in Hillsdale, New Jersey, and the Court having reviewed all papers submitted by counsel in connection with this motion, and for good cause shown,

      IT IS on this __10__ day of __DEC__, 2010,

IT IS ORDERED that the defendant's release is subject to these conditions:

      (1)    The defendant must not violate any federal, state or local law while on release.

      (2)    The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

      (3)    The defendant must immediately advise the court, defense counsel, and the

        U.S. Attorney in writing before any change in address or telephone number.

(4)     The defendant must appear in court as required and must surrender to serve any sentence imposed.

        The defendant shall appear before Judge Dennis M. Cavanaugh at Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, N.J. 07102 on 28 February 2011 @ 9:30 a.m.

### Release on Lien

IT IS FURTHER ORDERED THAT:

(5)     The defendant shall be released upon a $250,000 lien secured only by property located at 6 Bradshaw Court, Hillsdale, NJ 07642, waiving the local rule. The property owner shall provide the Clerk's office with the deed and verification of paid taxes.

(6)     To the extent that the defendant's execution of a $250,000 appearance bond resulted in the Entry of Judgment against the defendant, that Judgment be and is hereby vacated.

### Additional Conditions of Release

(7)     Upon finding that release by the above methods will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, it is further ordered that the release of defendant is subject to the condition(s) listed below:

    (a)     Report to Pretrial Services as directed and advise them immediately of any contact with law enforcement personnel, including but not limited to, any arrest, questioning, or traffic stop.

    (b)     Surrender all passports and travel documents to Pretrial Services. Do not apply for new travel documents.

_____
Honorable Dennis M. Cavanaugh